UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JULIE ROBINSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: |
| WAWASEE COMMUNITY SCHOOL CORPORATION, | ) |
| Defendant. | ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5 I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for **WAWASEE COMMUNITY SCHOOL CORPORATION.**

HUNT SUEDHOFF KALAMAROS LLP

By: /s/ Lyle R. Hardman
Lyle R. Hardman     #16056-49
205 W. Jefferson Blvd., Suite 300
P.O. Box 4156
South Bend, IN 46634-4156
Telephone: (574) 232-4801
Fax: (574) 232-9736
Email: lhardman@hsk-law.com
Attorney for Defendant, Wawasee Community School Corporation

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 21st day of January, 2019, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties who are registered with the system.

                                          /s/Lyle R. Hardman
                                          Lyle R. Hardman    #16056-49