| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE KOSCIUSKO SUPERIOR COURT |
| | )§: | |
| COUNTY OF KOSCIUSKO | ) | CAUSE NO.: |
| | | 43D01-1812-PL-000111 |
| JULIE A. ROBINSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WAWASEE COMMUNITY | ) | |
| SCHOOL CORPORATION, | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, Julie A. Robinson, by counsel, Samuel L. Bolinger, files her complaint for damages and alleges against the Defendant, Wawasee Community School Corporation, and states:

1. This is a cause for sex discrimination under Title VII of the Civil Rights Act of 1964, as amended.

2. Plaintiff, Julie A. Robinson, is an adult female resident of North Webster, Indiana and at all time relevant, herein, is an employee of Defendant, Wawasee Community School Corporation.

3. Defendant, Wawasee Community School Corporation is a licensed education facility/corporation by the State of Indiana to provide public education for children from k-12 and has its corporate headquarters at 1 Warrior Path, Building No. 2, Syracuse, Indiana 46567 and at all time relevant, herein is the employer of Plaintiff, Julie A. Robinson.

4. Plaintiff filed a charge of sex discrimination against Defendant on or about March 30,

2018, which a copy is attached and incorporated, hereinafter, and made a part, hereof, and marked as Exhibit A.

5. On or about November 30, 2018, the Equal Employment Opportunity Commission issued a Notice of Right to Sue, which a copy is attached and incorporated, hereinafter, and made a part, hereof, and marked as Exhibit B.

6. The complaint for damages is timely filed.

7. Defendant is an employer, pursuant to Title VII in that it employs 201-500 employees in each and preceding calendar year, and engages in interstate commerce through its activities.

8. Plaintiff alleges as follows:

   a. She is a qualified female individual who is currently the Varsity head Coach for the Defendant's Swim team at Defendant, Wawasee High School;

   b. Since approximately, 2017, it has been expressed to Plaintiff, in various ways, that she would need to defer any decisions making about the swim program (she coaches) or coaching philosophies to the defendant's middle school coaches, both of whom are male;

   c. In, January, 2017, Plaintiff received a letter from Defendant's Athletic Director, Cory Schutz (hereinafter as Schutz) that can be categorized as a reprimand;

   d. Plaintiff has been accused of speaking negatively about the middle school coaches;

   e. Plaintiff has not spoke negatively about the coaches and this accusation was not discussed with Plaintiff prior to Mr. Schutz's letter being sent;

f. In, February, 2018, Plaintiff was informed that Plaintiff was being investigated and told not to speak to anyone or Plaintiff would face suspension;

g. Plaintiff was not informed as to the subject matter of the investigation, nor was she denied any opportunity to provide any information until the end of their investigation;

h. On March 23, 2018, Plaintiff received a memo from Schutz with a list of recommendations that was a result of communication as positivity;

i. These recommendations were vague, unmeasurable and were concerned with approachability, communication and positivity;

j. The memo ended with a paragraph explaining that Plaintiff does a very good job with a large number of Plaintiff's swimmers;

k. The letter/memo also expressed that the goal was to have a successful swim program;

l. The fact is that the swim program has been successful for a number of years under Plaintiff's coaching;

m. Plaintiff contends that Schutz and the two male middle school coaches are paving a way for Plaintiff's termination, by creating a false perception of Plaintiff's demeanor and damaging Plaintiff's reputation;

n. Plaintiff is being treated differently then male coaches in the athletic department by being asked to defer to the two male middle school coaches;

o. Plaintiff further contends that any changes made to other athletic programs are does so with consultation from the male coaches, which has been denied to

3

Plaintiff;

p. Finally, Plaintiff contends that she is being held to a different standard in regards to approachability and positivity then male coaches.

9. As a result of the above described conduct of Defendant, Wawasee Community School Corporation, plaintiff has been subjected to mental anguish, embarrassment, harassment, anxiety intimidation, coercion and other injuries and damages yet to be determined.

WHEREFORE, plaintiff seeks compensatory damages and reasonable attorney's fees and for all other just and proper relief.

*I, the undersigned, Julie A. Robinson, swear and affirm under the pains and penalties of perjury that the above-foregoing is true and accurate.*

Date: 12-20-18

Julie A. Robinson

Respectfully submitted,

/s/ Samuel L. Bolinger
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax:  260.407.0039
Email: mark@slbolingerlaw.com
Counsel for Plaintiff

EEOC Form 5 (11/09)

43D01-1812-PL-000111

Filed: 12/28/2018 2:01 PM
Clerk
Kosciusko County, Indiana

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Kosciusko Superior Court 1

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| X FEPA | EC-0049-A18 |
| X EEOC | 24D-2018-00195 |

City of Fort Wayne Metro Human Relations Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Julie A. Robinson | (574) 834-1404 | 1973 |

| Street Address | City, State and ZIP Code |
|---|---|
| 642 N. Albert Eckert Dr, | North Webster, IN 46555 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WAWASEE COMMUNITY SCHOOL CORPORATION | 201 - 500 | (574) 457-3188 |

| Street Address | City, State and ZIP Code |
|---|---|
| #1 Warrior Path, Bldg #2, | Syracuse, IN 46567 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01/18/2017
Latest: 03/30/2018

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified, female individual who is currently the Varsity Head Coach for the swim team at Wawasee High School. Since approximately 2017, it has been expressed to me in various ways that I would need to defer any decision making about the swim program or coaching philosophies to the middle school coaches, who are male. In January of 2017, I received a letter from Athletic Director Cory Schutz ("Schutz") that can be categorized as a reprimand. I had been accused of speaking negatively about the middle school coaches. I have not spoken negatively about these coaches and this accusation was not discussed with me prior to this letter being sent. In February of 2018, I was informed that I was being investigated and was told that I was not to speak to anyone or I would face suspension. I was not informed as to the subject of the investigation nor was I given an opportunity to provide any information until the very end of their investigation. On March 23, 2018, I received a memo from Schutz with a list of "recommendations" that was a result of "communication with a number of people." These recommendations were vague, unmeasurable and were concerned with approachability, communication and positivity. The memo ended with a paragraph explaining that I

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 30, 2018
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**
1 of 2

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | EC-0049-A18 24D-2018-00195 |

EEOC Form 5 (11/09)

City of Fort Wayne Metro Human Relations Commission and EEOC
*State or local Agency, if any*

"do a very good job with a large number of your swimmers" and expressed that the goal was to have a successful swim program. When the fact is that the swim program has been successful for a number of years under my coaching. I believe that Schutz and the two male middle school coaches are paving a way for my termination by creating a false perception of my demeanor and damaging my reputation. I am being treated differently than male coaches in the athletic department by being asked to defer to middle school coaches. I believe that other male coaches are not asked to do so, for example football or basketball. I also believe that any changes made to other athletic programs are done so with consultation from the male coaches, which has been denied to me. I also believe that I am being held to a different standard in regards to approachability and positivity than male coaches.

For these reasons, I believe I am being discriminated against due to my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Mar 30, 2018 *[signature]* Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**EXHIBIT A**
2 of 2

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

42D01-1812-PL-000041

**DISMISSAL AND NOTICE OF RIGHTS**

Kosciusko Superior Court 1

Filed: 12/28/2018 2:01 PM
Clerk
Kosciusko County, Indiana

| To: | Julie A. Robinson<br>642 N. Albert Eckert Dr<br>North Webster, IN 46555 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2018-00195 | Daphne Gilmore, Investigator | (317) 226-6718 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_[signature]_     NOV 30 2018

Enclosures(s)     Michelle Eisele, District Director     (Date Mailed)

cc: WAWASEE COMMUNITY SCHOOL CORPORATION
c/o Lyle R. Hardman
Hunt, Suedhoff, Kalamaros, LLP
205 W Jefferson Blvd.
South Bend, IN 46601

**EXHIBIT B**