UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JULIE A. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:19-cv-00041-JD-MGG |
| | ) |
| BOARD OF SCHOOL TRUSTEES OF | ) |
| THE WAWASEE COMMUNITY SCHOOL | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# APPEARANCE

To the Clerk of this Court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N. D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Plaintiff, Julie A. Robinson.

Respectfully,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ David W. Frank
David W. Frank, #31615-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: dfrank@myers-law.com
Counsel for Plaintiff, Mrs. Julie A. Robinson

## **CERTIFICATE OF SERVICE**

   I certify that on February 2, 2019 a true and correct copy of the foregoing document was served electronically via CM/ECF to counsel of record.


              /s/ David W. Frank
              David W. Frank


DF/